COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-131-CR

 

PATRICK
KENDALL HAYES                                                   APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

         FROM
COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

                                               ----------

                 MEMORANDUM
OPINION[1] AND
JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Appeal.@ 
The motion complies with rule 42.2(a) of the rules of appellate
procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P.
42.2(a), 43.2(f).

 

PER
CURIAM

 

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: November 5,
2009











[1]See Tex. R. App. P. 47.4.